■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DOMINGUEZ, Appellant. [609 NYS2d 771] —Judgment, Supreme Court, Bronx County (John Collins, J.), rendered January 6, 1992, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

The jury's verdict was amply supported by evidence of guilt, including the undercover officer's eyewitness testimony of a drug transaction, and the recovery of drugs from defendant's flashlight and the prerecorded buy money from his person. Concur—Sullivan, J. P., Ellerin, Asch and Tom, JJ.